**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CRIMINAL CASE NO. 3:09cr69**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>)<br>vs. )<br>)<br>)<br>**SHAUN STALLINGS.** )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion for Peremptory Trial Setting [Doc. 12].

The August 10, 2009 term of court is scheduled to run for three weeks. As a result, the Court finds, for the reasons stated in the motion and there being no objection from the Defendant, that it should be granted.

**IT IS, THEREFORE, ORDERED** that the Government's Motion for Peremptory Trial Setting [Doc. 12] is hereby **GRANTED** and this matter shall be set for trial on August 24, 2009.

**IT IS FURTHER ORDERED** that the United States Attorney shall ascertain whether the Speedy Trial Act requires that the jury be selected for this trial on August 10, 2009 and shall file comment in the record. In the event that jury selection must occur on August 10, 2009, the Assistant United States Attorney shall arrange for another assistant to select the jury.

Signed: July 7, 2009

Lacy H. Thornburg
United States District Judge