# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:09cr69

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> SHAUN STALLINGS. ) <br> ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion *in Limine* to Preclude Mention of Murder Investigation [Doc. 14].

A member of the Court's staff contacted defense counsel to ascertain whether an objection to the motion would be made and was advised that the Defendant does object to the motion. This case is peremptorily set for August 24, 2009; however, the jury is scheduled for selection on August 10, 2009. In order for the Court to rule on the motion prior to jury selection, defense counsel will be required to file response.

**IT IS, THEREFORE, ORDERED** that on or before Wednesday, August 5, 2009, defense counsel shall file written response to the motion.

Martin Reidinger
United States District Judge

Signed: August 3, 2009