# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:09cr69

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| SHAUN XAVIER STALLINGS. ) | |
| ) | |

**THIS MATTER** is before the Court on the Government's Motion *in Limine* to Preclude Mention of Murder Investigation [Doc. 14].

The Defendant has responded to the motion advising that he objects. The Court finds that the issue should be explored at a hearing which will take place immediately prior to the trial. During the jury selection which is scheduled to occur on August 10, 2009, and pending the Court's ruling on the motion, the parties are instructed that no mention of the matters which are the subject of the Government's motion shall be made on the record.

**IT IS, THEREFORE, ORDERED** that the Court shall defer ruling on the Government's Motion *in Limine* to Preclude Mention of Murder Investigation [Doc. 14] until the conclusion of a hearing which will occur at 8:30 a.m. on Monday, August 24, 2009.

**IT IS FURTHER ORDERED** that pending the Court's ruling on the motion, the parties are instructed that no mention of the matters which are the subject of the Government's motion shall be made during the court proceedings in this case.

Martin Reidinger
United States District Judge

Signed: August 5, 2009